**Jerome Julius BROWN, Appellant**

v.

**HOWARD COUNTY POLICE DEPARTMENT, et al., Appellees.**

No. 09–7094.

United States Court of Appeals, District of Columbia Circuit.

Dec. 2, 2009.

Jerome Julius Brown, Upper Marlboro, MD, for pro se.

BEFORE: SENTELLE, Chief Judge, and BROWN and KAVANAUGH, Circuit Judges.

## *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed July 29, 2009, be affirmed. The district court did not abuse its discretion in dismissing appellant's complaint without prejudice for noncompliance with Fed.R.Civ.P. 8(a). *See, e.g., Ciralsky v. CIA*, 355 F.3d 661, 668 (D.C.Cir. 2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.

*See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.